NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5046

JUDITH LOUISE CRONIN,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims
in 06-CV-633, Senior Judge Eric G. Bruggink.

ON MOTION

## O R D E R

Judith Louise Cronin moves for extensions of time to file her brief and submits her informal brief.

The court notes that Cronin's informal brief was timely filed. Thus, the extensions are unnecessary.

Accordingly,

IT IS ORDERED THAT:

(1)   The motions are denied as moot. Cronin's informal brief is accepted for filing.

(2)   The United States should calculate its brief due date from the date of filing of this order.

FOR THE COURT

AUG 1 9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Judith Louise Cronin
       Roger A. Hipp, Esq.

s8

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 19 2009

JAN HORBALY
CLERK

2009-5046                          - 2 -